IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEILA RODRIGUEZ, Parent and<br>CHRISTOPHER C. CORBIN, Minor Child   : | CIVIL ACTION |
| v. : | |
| MONTGOMERY COUNTY OFFICE OF<br>CHILDREN AND YOUTH, JOAN DOLAN,<br>HOLLY JUDGE, BRANDON BORGES and<br>CURT ZINCIO                                      : | NO. 15-6186 |

## ORDER

**NOW**, this 17th day of May, 2016, upon consideration of the Motion of Defendants Montgomery County Office of Children and Youth, Joan Dolan, Holly Judge and Curt Zincio to Dismiss Plaintiffs' Complaint (Document No. 4), the Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Filed on Behalf of Defendant Brandon Borges (Document No. 8), the plaintiffs' responses and amendments, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

                                                              /s/Timothy J. Savage
                                                              TIMOTHY J. SAVAGE,  J.